AO 100  (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

**LODGED**
MAR 15 2010  2:40 pm  pw
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 16 2010
at ___ o'clock and 15 min. P M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DEBRA ANAGARAN | ) Case No. CR 09-00019 DAE 02 |
| Defendant | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

A plat of 4 tracks of land consisting of 11.38 acres in clarendon county, south carolina.

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

current appraisal, clear title, and mortgage documents

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 06/09)  Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date:  02/24/2010

City and state:  SUMMERTON, S.C.

*Defendant (if a property owner)*

LIBBY G. SORAH
*Property owner's printed name*

*Property owner's signature*

JACK SORAH
*Property owner's printed name*

*Property owner's signature* (by Libby G. Sorah, POA)

*Property owner's printed name*

*Property owner's signature*

Sworn and signed before me.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Agreement accepted.

*UNITED STATES OF AMERICA*

Date:

*Assistant United States Attorney's signature*

Agreement approved.

Date:  MAR 1 6 2010

*Judge's signature*

JURAT

STATE OF SOUTH CAROLINA

COUNTY OF CLARENDON

The foregoing **Agreement to Forfeit Real Property** was subscribed and sworn to (or affirmed) before me on this 25th day of February, 2010 by Libby G. Sorah, individually and as power of attorney for Jack Sorah, proved to me on the basis of satisfactory evidenced to be the person(s) who appeared before me.

_____     (Notary seal)
Signature
Notary Public for South Carolina
My Commission Expires: 10/19/2010

AO 100  (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 02/24/2010

City and state: SUMMERTON, S.C.

_____
Defendant (if a property owner)

LIBBY G. SORAH
*Property owner's printed name*

*Libby G. Sorah*
*Property owner's signature*

JACK SORAH
*Property owner's printed name*

Jack Sorah By Libby G. Sorah
*Property owner's signature*  POA

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Agreement accepted.

UNITED STATES OF AMERICA

Date: 3/5/10

_____
*Assistant United States Attorney's signature*

Agreement approved.

Date: 3/16/10

_____
*Judge's signature*